AO 440 (Rev. 03/08) Civil Summons (rand 6/08)

Clear Form

E-filing

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

FILE VIA FAX

EDL

| | |
|---|---|
| 3PO GAS INC., doing business as CROW CANYON WINE & LIQUOR, on behalf of itself and all others similarly situated, ) ) ) ) | CV 08 3177 |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| REDDY ICE HOLDINGS, INC., et al. ) ) ) ) | |
| Defendant ) | |

Summons in a Civil Action

To: See Attachment "A"

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Daniel J. Mogin (CA SBN 95624)
Chad McManamy (CA SBN 225205)
Noah D. Sacks (CA SBN 246694)
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego CA 92101

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL - 1 2008

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*