1  JAROD M. BONA (234327)
   **DLA PIPER US LLP**
2  90 South Seventh Street
   Suite 5100
3  Minneapolis, MN 55402
4  Telephone: 612 524 3000
   Facsimile: 612 524 3001
5  E-mail: jarod.bona@dlapiper.com

6  **Attorneys for Defendant**
7  **Reddy Ice Holdings, Inc.**

8  All parties to the Stipulation
   Are listed on signature pages
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  3PO GAS INC. doing business as CROW
    CANYON WINE & LIQUOR, on behalf of
15  itself and all others similarly situated,
                                                    Civil Action No. 08-cv-3177
16              Plaintiff,

17       v.

18  REDDY ICE HOLDINGS, INC., ARCTIC
    GLACIER INCOME FUND, ARCTIC
19  GLACIER INC., ARCTIC GLACIER
20  INTERNATIONAL INC. and ARCTIC
    GLACIER CALIFORNIA INC.,
21
22              Defendants.

23
       **STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT**
24

25       WHEREAS the complaint in this action was filed on or about July 1, 2008 ("the Action");
26  and

27       WHEREAS the Plaintiff has requested that certain Defendants waive service of process to
28  Rule 4 of the Federal Rules of Civil Procedure; and

1 WHEREAS various other Plaintiffs have filed and may file complaints in this and other judicial districts relating to the subject matter of the Action, including those set forth on Exhibit A attached hereto and any subsequent or parallel proceedings regarding the subject matter of the Action (together with the Action, the "Related Actions"); and

WHEREAS certain of the Plaintiffs Related Actions have filed motions (the "MDL Motions") with the Judicial Panel on Multidistrict Litigation (the "JPML") and the JPML issued its initial Transfer Order centralizing the Related Actions in the Eastern District of Michigan ("the transferee court") on June 5, 2008; and

WHEREAS the transferee court has been notified that the above-captioned proceeding is to be treated as a potential tag-along Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and the Defendants in the Action, by and through their undersigned counsel or counsel Acting on their behalf, that Defendants' time to answer, move, or otherwise plead in response to the Complaint in the Action is extended until 45 days after the filing of a Consolidated Amended Complaint or whatever deadline is set by the transferee court.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the entry into this stipulation by the Defendants shall not constitute a waiver of any defenses except for insufficiency of process or insufficiency of service of process as to the Action. For the avoidance of doubt, the Defendants expressly preserve and do not waive any other defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their rights to raise any such defenses in response to either the current complaint or any amended complaint that may be filed relating to the Action.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Reddy Ice Holdings, Inc., Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International Inc. and Arctic Glacier California Inc., agree, pursuant to Rule 4 of the Federal Rules of Civil Procedure, to waive service of process of the summons and complaint in the Action only. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

1  AS STIPULATED BY:

2  July 8, 2008

3  DLA Piper US LLP                               THE MOGIN LAW FIRM, P.C.

4  By: s/Jarod M. Bona                           By:    s/Daniel J. Mogin
       Jarod M. Bona, Bar No. 234327 (CA)               Daniel J. Mogin
5      90 South Seventh Street, Suite 5100              Chad M. McManamy
       Minneapolis, MN  55402                           Noah D. Sacks
6      Tel: (612) 524.3000                              110 Juniper Street
7      Fax: (612) 524.3001                              San Diego, CA  92101
                                                        Tel: (619) 687.6611
8      James R. Nelson                                  Fax: (619) 687.6610
       1717 Main Street, Suite 4600
9      Dallas, TX  75201                          LAW OFFICE OF ALEXANDER M. SCHACK
10     Tel: (214) 743.4500                              Alexander M. Schack
       Fax: (214) 743.4545                              Lee T. Patajo
11                                                      16870 West Bernardo Drive, Suite 400
       David H. Bamberger                               San Diego, CA  92127
12     500 8th Street, N.W.                             Tel: (858) 485.6535
       Washington, D.C.  20004                          Fax: (858) 485.0608
13     Tel: (202) 799.4500
14     Fax: (202) 799.5500                        *Attorneys for Plaintiff, individually and on
                                                  behalf of all others similarly situated*
15  *Attorneys for Defendant
    Reddy Ice Holdings, Inc.*
16

17
    JONES DAY
18
    By: s/John M. Majoris
19     John M. Majoris
       51 Louisiana Avenue
20     Washington D.C.  20001
       Tel: (202) 879.7652
21     Fax: (202) 626.1700
22
       Paula W. Render
23     77 West Wacker
       Chicago, IL  60601
24     Tel: (312) 782.3939
       Fax: (312) 782.8585
25

26  *Attorneys for Defendants Arctic Glacier
    Income Fund, Arctic Glacier International
27  Inc., Arctic Glacier California Inc., and
    Arctic Glacier Inc.*
28

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Ridge Plaza, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12643 | Paul D. Borman |
| **Plaintiff:**<br>Mall Mart, Inc., d/b/a Midway BP<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12644 | Paul D. Borman |
| **Plaintiff:**<br>The Baron Group, Inc. d/b/a Baron's Ice House<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12645 | Paul D. Borman |
| **Plaintiff:**<br>Kozak Enterprises, Inc.<br>**Defendant:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12646 | Paul D. Borman |
| **Plaintiff:**<br>Solid Waste LTD., Inc., d/b/a Bayland Marina<br>**Defendants**:<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12647 | Paul D. Borman |
| **Plaintiff:**<br>Thrifty Liquor, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12648 | Paul D. Borman |
| **Plaintiff:**<br>Chukrid Khorchid, d/b/a 7-Eleven<br>**Defendants**:<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12649 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

Updated: **July 7, 2008**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>G.M. Food & Fuel, LLC, d/b/a G.M. Food & Gas<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12650 | Paul D. Borman |
| **Plaintiff:**<br>Public Foods, Inc.<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | District of Eastern Michigan | 0:08-cv-12651 | Paul D. Borman |
| **Plaintiff:**<br>Thomas Beverage Co., Inc.<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12653 | Paul D. Borman |
| **Plaintiff:**<br>Tahira Firdous d/b/a TFS, Inc. a/k/a All Stop #2<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1020 | James M. Rosenbaum |
| **Plaintiff:**<br>Meleen Corp. db/a Meleen Sportsman Store<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Minnesota | 0:08-cv-1025 | James M. Rosenbaum |
| **Plaintiff:**<br>Arkansas Garden Center West LLC and Arkansas Garden Center North LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | District of Minnesota | 0:08-cv-1077 | James M. Rosenbaum |
| **Plaintiff:**<br>JA-WY, Inc. d/b/a Isle of Palms Red & White<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | District of Minnesota | 0:08-cv-1090 | James M. Rosenbaum |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Kopilenko International Wines & Liquors, Inc. d/b/a International Wines & Liquors, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and The Home City Ice Company | District of Minnesota | 0:08-cv-1271 | James M. Rosenbaum |
| **Plaintiff:** House of Faith, Inc. **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company, and JOHN DOES 1-100 | District of Minnesota | 0:08-cv-1387 | Ann D. Montgomery |
| **Plaintiff:** Kingsway Enterprises, Inc. **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company, and JOHN DOES 1-100 | District of Minnesota | 0:08-cv-1388 | James M. Rosenbaum |
| **Plaintiff:** F & V Oil Company Inc, Lansdale Oil Company, Inc., and VB & FS Oil Company **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11152 | Paul D. Borman |
| **Plaintiff:** S & S Lima, Inc., d/b/a Dry Run Beverage **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11182 | Paul D. Borman |
| **Plaintiff:** Silver Springs Liquor, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11200 | Paul D. Borman |
| **Plaintiff:** Elite Energy, LLC **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier international, Inc.; Reddy Ice Holdings, Inc. | Eastern District of Michigan | 2:08-cv-11201 | Paul D. Borman |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Melrick, Inc., d/b/a North Main Short Stop  **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11204 | Paul D. Borman |
| **Plaintiff:** RSB Wellman, Co. Inc., d/b/a Twig's Carry Out  **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11213 | Paul D. Borman |
| **Plaintiff:** Joseph Krainc, d/b/a Joe's Beer Distributor  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:05-cv-11238 | Paul D. Borman |
| **Plaintiff:** Circle Beer & Beverage, Inc. d/b/a Duffy's Pop & Beer Warehouse  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 5:08-cv-11293 | Paul D. Borman |
| **Plaintiff:** Mazel LLC  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11315 | Paul D. Borman |
| **Plaintiff:** Y & R's, Inc.  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11316 | Paul D. Borman |
| **Plaintiff:** Linco Distributing Co. d/b/a Beer Minimum  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11330 | Paul D. Borman |
| **Plaintiff:** 823 Sproul, Inc. d/b/a Sproul Beverage  **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11345 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Blue Ash Service Center, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; John Does I-X | Eastern District of Michigan | 2:08-cv-11387 | Paul D. Borman |
| **Plaintiff:** Higginbotham Oil Company, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11400 | Paul D. Borman |
| **Plaintiffs:** Polly's Food Service, Inc. and Kenco, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11420 | Paul D. Borman |
| **Plaintiff:** Tomino D/B/A Crafton Beverage Center **Defendant:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 4:08-cv-11438 | Paul D. Borman |
| **Plaintiff:** Springfield Exxon LLC **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11561 | Paul D. Borman |
| **Plaintiff:** Roberta Wooten d/b/a Wooten's One Stop **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Eastern District of Michigan | 2:08-cv-11575 | Denise Page Hood |
| **Plaintiff:** GRI, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; and Arctic Glacier International Inc. | Eastern District of Michigan | 2:08-cv-11602 | Paul D. Borman |
| **Plaintiff:** Bedros, Inc. d/b/a George's Dreshertown Shop N' Bag **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Home City Ice Company; and John Does I-X | Eastern District of Michigan | 2:08-cv-11782 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** JBZ, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Eastern District of Michigan | 2:08-cv-11967 | Paul D. Borman |
| **Plaintiffs:** Alvin's Enterprises, Inc. d/b/a Party King, Suzie's Investments, Inc. d/b/a Checker Drugs and Food, and BC & D Enterprises, LLC | Eastern District of Michigan | 2:08-cv-12048 | Victoria A. Roberts |
| **Plaintiff:** Rickey J. Ryberg **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Eastern District of Michigan | 2:08-cv-12240 | David M. Lawson |
| **Plaintiff:** Marin Scotty's Market, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Eastern District of Michigan | 2:08-cv-12640 | Paul D. Borman |
| **Plaintiff:** Tommy Williams **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; and Home City Ice Company | District of Arizona | 2:08-cv-843 | Roslyn O'Silver |
| **Plaintiff:** Marin Scotty's Market, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12640 | Paul D. Borman |
| **Plaintiff:** Karen Davis **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of California | 3:08-cv-1937 | Bernard Zimmerman |
| **Plaintiff:** Dennis Patrick **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of California | 3:08-cv-2369 | James Larson |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>3PO Gas Inc. d/b/a Crow Canyon Wine & Liquor<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc; and Arctic Glacier California Inc. | Northern District of California | 08-cv-3177 | Elizabeth D. LaPorte |
| **Plaintiff:**<br>Jan Barranco-Grams<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | District of Eastern Michigan | 0:08-cv-12641 | Paul D. Borman |
| **Plaintiff:**<br>Cobblestone Tequesta LLC d/b/a Tequesta Citgo<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Artic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company; Does 1-100 | Southern District of California | 3:08-cv-656 | Janis L. Sammartino |
| **Plaintiff:**<br>6th & Island Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-752 | John A. Houston |
| **Plaintiff:**<br>Market Street Investments, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-753 | Barry T. Moskowitz |
| **Plaintiff:**<br>Universal Hillcrest LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-775 | Janis L. Sammartino |
| **Plaintiff:**<br>Gaslamp Country Club, LLC<br>**Defendants:**<br>Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Southern District of California | 3:08-cv-776 | Larry Alan Burns |
| **Plaintiff:**<br>Jennin Gil<br>**Defendants:**<br>Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Southern District of Florida | 1:08-cv-21089 | Patricia A. Seitz |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Jenifer Valencia **Defendants:** Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12642 | Paul D. Borman |
| **Plaintiff:** Bill Wilson **Defendants:** Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; and Home City Ice Company | Wichita County Kansas | 08-cv-9 | |
| **Plaintiff:** Thomas F. Prazan **Defendants:** Arctic Glacier Income Fund, Arctic Glacier, Inc., Arctic Glacier International Inc., Reddy Ice Holdings, Inc., and Home City Ice Company | District of Nebraska | 8:08-cv-247 | Laurie Smith Camp |
| **Plaintiff:** Chi-Mar Enterprises, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | District of Eastern Michigan | 0:08-cv-12654 | Paul D. Borman |
| **Plaintiff:** Fu-Wah Mini Market **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12655 | Paul D. Borman |
| **Plaintiff:** Warrington Fuels, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Funds: Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company, Inc. | District of Eastern Michigan | 0:08-cv-12656 | Paul D. Borman |
| **Plaintiff:** Marchbanks Travel Service Inc., d/b/a Bear Mountain Travel Stop **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12657 | Paul D. Borman |
| **Plaintiff:** Juniata Mobil **Defendants:** Reddy Ice Holdings, Inc., Arctic Glacier, Inc., Arctic Glacier International Inc. and Home City Ice Company | Northern District of Ohio | 1:08-cv-859 | Donald C. Nugent |

**EXHIBIT A: Schedule of Actions**

Updated: **July 7, 2008**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Champs Liquor, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | District of Eastern Michigan | 0:08-cv-12658 | Paul D. Borman |
| **Plaintiffs:** Marcellino E. Bryant and Patrick Reeners **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; and Home City Ice Company | Middle District of Tennessee | 3:08-cv-458 | Thomas Wiseman |
| **Plaintiff:** Five Angels Management, d/b/a Frank A. Smith Beverages **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | District of Eastern Michigan | 0:08-cv-12659 | Paul D. Borman |
| **Plaintiff:** Massino **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | District of Eastern Michigan | 0:08-cv-12660 | Paul D. Borman |
| **Plaintiff:** Blasingame **Defendants:** Reddy Ice Holdings, Inc.; Reddy Ice Corporation; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12661 | Paul D. Borman |
| **Plaintiff:** Emmanuel d/b/a 7-11 25452 **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12662 | Paul D. Borman |
| **Plaintiff:** DiFabritiis 7-11 Food Store #24428 **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Inc.; Arctic Glacier International Inc. and Home City Ice Company | District of Eastern Michigan | 0:08-cv-12663 | Paul D. Borman |
| **Plaintiff:** Rick Drontle d/b/a Ponytail Catering **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc. | District of Eastern Michigan | 0:08-cv-12664 | Paul D. Borman |

**EXHIBIT A: Schedule of Actions**

Updated: July 7, 2008

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Wilson Farms, Inc. **Defendants:** Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | District of Eastern Michigan | 0:08-cv-12665 | Paul D. Borman |
| **Plaintiff:** Mount Pocono Campground Inc. **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-563 | Jorge A. Solis |
| **Plaintiff:** Charlie Holland Motors, Inc. **Defendants:** Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-576 | Jorge A. Solis |
| **Plaintiff:** The Lanesville Food Mart Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-607 | Jorge A. Solis |
| **Plaintiff:** Nirgundas, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-709 | Jorge A. Solis |
| **Plaintiff:** Shree Narayandas, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; and Home City Ice Company | Northern District of Texas | 3:08-cv-710 | Janis A. Solis |
| **Plaintiff:** Radha, Inc. **Defendants:** Reddy Ice Holdings, Inc.; Arctic Glacier Income Fund; Arctic Glacier, Inc.; Arctic Glacier International, Inc.; Home City Ice Company | Northern District of Texas | 3:08-cv-711 | Barbara M.G. Lynn |
| **Plaintiffs:** James Taylor and Wayne Sydor **Defendants:** Arctic Glacier Income Fund; Arctic Glacier Inc.; Arctic Glacier International Inc.; Reddy Ice Holdings, Inc.; Home City Ice Company | Eastern District of Wisconsin | 2:08-cv-400 | Rudolph T. Randa |