UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 3PO GAS INC. doing business as CROW CANYON WINE & LIQUOR, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REDDY ICE HOLDINGS, INC., ARCTIC GLACIER INCOME FUND, ARCTIC GLACIER INC., ARCTIC GLACIER INTERNATIONAL INC. and ARCTIC GLACIER CALIFORNIA INC.,<br><br>Defendants. | Civil Action No. 08-cv-3177 |

**CERTIFICATE OF SERVICE**

I, Jarod M. Bona, hereby certify that on July 8, 2008, I caused a true and copy of the following documents:

Stipulation Re: Extension of Time to Respond to Complaint, with attached Exhibit A to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1. Daniel Jay Mogin         dmogin@moginlaw.com
2. Noah D. Sacks            noah@moginlaw.com
3. Alexander M. Schack      amslawoffice@aol.com

I also hereby certify that I caused the Proposed Order to be filed with the Court via e-mail to Magistrate Judge Elizabeth D. LaPorte and e-mailed to the ECF participants listed above.

Dated: July 8, 2008          By:   s/Jarod M. Bona
                                   Jarod M. Bona, Bar No. 234327 (CA)

I further certify that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-admitted ECF participants:

| | |
|---|---|
| Chad M. McManamy<br>The Mogin Law Firm, P.C.<br>110 Juniper Street<br>San Diego, CA 92101-1502<br><br>Lee T. Patajo<br>Law Offices of Alexander M. Schack<br>16870 West Bernardo Drive, Suite 400<br>San Diego, CA 92127<br><br>*Attorneys for Plaintiff* | John M. Majoras<br>Jones Day<br>51 Louisiana Avenue<br>Washington, D.C.<br><br>Paula W. Render<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601<br><br>*Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., Arctic Glacier International, Inc., Arctic Glacier California Inc.* |
| Dated: July 8, 2008 | By: s/Jarod M. Bona<br>Jarod M. Bona, Bar No. 234327 (CA) |