**United States District Court**
For the Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7
8   3PO GAS, INC.
         Plaintiff,                          No. 08-03177 EDL
9
      v.                                     CLERK'S NOTICE
10
    REDDY ICE HOLDINGS, INC., et al.,
11
         Defendants.
12   _____/
13
         TO ALL PARTIES AND COUNSEL OF RECORD:
14
    YOU ARE NOTIFIED THAT the Initial Case Management Conference set for 3:00 p.m. on October
15
    7, 2008 has been reset to 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450
16
    Golden Gate Avenue, San Francisco.
17
18
    Dated: July 14, 2008
19
                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk
20
21
                                      by:  _____/s/ Lili M. Harrell_____
22                                           Lili M. Harrell
                                             Courtroom Deputy
23
24
25
26
27
28