**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 13, 2008

United States District Court
Eastern District of Michigan
Office of the Clerk
Theodore Levin United States Courthouse
231 West Lafayette Boulevard, 5th Floor
Detroit, Michigan 48226

**RE:  3PO Gas, Inc. -v- Reddy Ice Holdings, Inc., et al., Case Number C-08-3177-EDL**
**In re Packaged Ice Antitrust Litigation, MDL No. 1952 & Case No. 08-CV-13441**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☐ | Certified copy of docket entries. |
| ☐ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| X | Please access the electronic case file for all the pleadings you may need. |

        Sincerely,
        RICHARD W. WIEKING, Clerk


        by:  Thelma Nudo
            Deputy Clerk


Enclosures
Copies to counsel of record